UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS McMENAMON, JR. )<br>)<br>and )<br>)<br>AMERICA ONLINE, INC., )<br>)<br>Defendants. )<br>) | Civil Docket No. 04 11662NMG |

## DEFENDANT AMERICA ONLINE, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12, Defendant America Online, Inc. ("AOL"), by counsel, moves this Court to grant AOL's motion to dismiss. The reasons for granting this relief are set forth in the accompanying Memorandum in Support of AOL's Motion to Dismiss.

WHEREFORE, AOL asks that this Court grant AOL's motion, and dismiss all of Plaintiff's claims against AOL with prejudice.

Respectfully submitted,

/s/ Benjamin M. Stern
Patrick J. Carome
Samir Jain
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M Street NW
Washington, DC  20037
Phone: (202) 663-6000
Fax: (202) 663-6363

Benjamin M. Stern (MAB646778)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for America Online, Inc.*

October 4, 2004

## RULE 7.1(A)(2) ATTORNEY CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Benjamin M. Stern, certify that I contacted Plaintiff on October 1, 2004, but was unable to resolve or narrow the issues raised in the instant motion.

/s/ Benjamin M. Stern
Benjamin M. Stern

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the above and foregoing Defendant America Online, Inc.'s Motion to Dismiss has been served via first-class mail, postage pre-paid, this 4th day of October, 2004 on the following:

        Walter P. Hughes
        13 Lockway Road
        Andover, Massachusetts 01810
        Plaintiff Appearing *pro se*

        Joseph L. Tehan, Jr., Esq.
        Katharine I. Goree, Esq.
        Kopelman & Paige, P.C.
        31 St. James Avenue
        Boston, Massachusetts 02116
        Counsel for Defendant McMenamon

        Maurice J. Lariviere, Jr., Esq.
        41 Pleasant Street
        Suite 311
        Methuen, Massachusetts 01844
        Counsel for Defendant McMenamon


        /s/ Benjamin M. Stern
        Benjamin M. Stern