UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS McMENAMON, JR. )<br>)<br>and )<br>)<br>AMERICA ONLINE, INC., )<br>)<br>Defendants. )<br>) | Civil Docket No. 04 11662NMG |

### [PROPOSED] ORDER

The matter came before the Court on Defendant America Online, Inc.'s Motion to Dismiss.

Because Plaintiff's claims are barred by principles of res judicata and Plaintiff has failed to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Defendant America Online, Inc.'s Motion to Dismiss is **GRANTED**. Plaintiff's claims against America Online, Inc. are **DISMISSED WITH PREJUDICE**.

Entered: _____, 2004      _____
  Nathaniel M. Gorton
  United States District Court
  District of Massachusetts