UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS McMENAMON, JR.<br><br>and<br><br>AMERICA ONLINE, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Docket No. 04 11662 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPENDIX TO DEFENDANT**
**AMERICA ONLINE, INC.'S MOTION TO DISMISS**


Patrick J. Carome
Samir Jain
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M Street NW
Washington, DC  20037
Phone: (202) 663-6000
Fax: (202) 663-6363

Benjamin M. Stern (MAB646778)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

October 4, 2004                              *Attorneys for America Online, Inc.*

# LIST OF EXHIBITS

<u>**Exhibit**</u>

| | |
|---|---|
| 1 | Complaint ("Compl. I") |
| 2 | Defendant America Online, Inc.'s Motion to Dismiss |
| 3 | Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction |
| 4 | Defendant America Online's Response to Plaintiff's Motion for a Temporary Restraining Order |
| 5 | Order, Defendant American Online, Inc.'s Motion to Dismiss (#9) |
| 6 | Memorandum and Order on Defendant America Online, Inc.'s Motion for Summary Judgment on the Forum Selection Clause |
| 7 | Plaintiff's Rule 60(b)(3) Motion to Set Aside Judgment Ordered on Defendant America Online, Inc.'s Motion for Summary Judgment on the Forum Selection Clause (#47) Dated May 28, 2002 |
| 8 | Defendant America Online's Response to Plaintiff's Motion to Set Aside the Judgment |
| 9 | Order, Plaintiff's Rule 60(b)(3) Motion to Set Aside Judgment Ordered on Defendant America Online, Inc.'s Motion for Summary Judgment on the Forum Selection Clause (#47) Dated May 28, 2002 |
| 10 | Complaint ("Compl. II") |
| 11 | Order - February 6, 2004 |
| 12 | Independent Action, Pursuant to Rule 60(b), Federal Rules of Civil Procedure, to Set Aside Judgments Ordered in Federal District Court of Massachusetts Civil Action No. CV-01-10981 ("Compl. III") |