UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS McMENAMON, JR.<br><br>and<br><br>AMERICA ONLINE, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Docket No. 04 11662VHG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMERICA ONLINE, INC.'S CORPORATE DISCLOSURE

In accordance with Local Rule 7.3, Defendant America Online, Inc. hereby provides the following corporate disclosure statement. America Online, Inc. is a wholly-owned subsidiary of AOL Time Warner Inc., a company that is publicly traded. No other publicly-traded entity owns more than 10% of the stock of America Online, Inc.

                                            /s/ Benjamin M. Stern
                                            Patrick J. Carome
                                            Samir Jain
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            2445 M Street NW
                                            Washington, DC  20037
                                            (202) 663-6000

                                            Benjamin M. Stern (BBO #646778)
                                            WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                            60 State Street
                                            Boston, MA 02109
                                            (617) 526-6000

                                            *Attorneys for America Online, Inc.*

October 4, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the above and foregoing Corporate Disclosure has been served via first class United States mail, postage prepaid, this 4th day of October, 2004 on the following:

>Walter P. Hughes
>13 Lockway Road
>Andover, Massachusetts 01810
>Plaintiff Appearing *pro se*
>
>Joseph L. Tehan, Jr., Esq.
>Katharine I. Goree, Esq.
>Kopelman & Paige, P.C.
>31 St. James Avenue
>Boston, Massachusetts 02116
>Counsel for Defendant McMenamon
>
>Maurice J. Lariviere, Jr., Esq.
>41 Pleasant Street
>Suite 311
>Methuen, Massachusetts 01844
>Counsel for Defendant McMenamon
>
>
>/s/ Benjamin M. Stern
>Benjamin M. Stern