UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS McMENAMON, JR. )<br>)<br>and )<br>)<br>AMERICA ONLINE, INC., )<br>)<br>Defendants. )<br>) | Civil Docket No. 04 11662NMG |

**DEFENDANT AMERICA ONLINE, INC.'S**
**MOTION FOR SANCTIONS UNDER RULE 11**

Pursuant to Fed. R. Civ. P. 11, Defendant America Online, Inc. ("AOL"), by counsel, moves this Court to grant AOL's motion for the imposition of sanctions against *pro se* Plaintiff Walter P. Hughes. Plaintiff Hughes has repeatedly subjected AOL to the relitigation of frivolous and false claims relating to the manner in which AOL conducted its defense of an earlier lawsuit he filed against AOL and Thomas McMenamon, Jr. in 2001.

WHEREFORE, AOL asks that this Court direct Plaintiff to cease filing lawsuits against AOL and others in connection with the allegations he first raised in his Rule 60(b)(3) motion in his original lawsuit against AOL and McMenamon and award sanctions in the form of costs and attorneys' fees incurred by AOL in this action.

2

        Respectfully submitted,

        /s/ Benjamin M. Stern
        Patrick J. Carome
        Samir Jain
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        2445 M Street NW
        Washington, DC 20037
        Phone: (202) 663-6000
        Fax: (202) 663-6363

        Benjamin M. Stern (BBO #646778)
        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Phone: (617) 526-6000
        Fax: (617) 526-5000

        *Attorneys for America Online, Inc.*

September 20, 2004

**CERTIFICATE OF SERVICE & COMPLIANCE WITH FED. R. CIV. P. 11(c)(1)(A)**

I hereby certify that a true and accurate copy of the above and foregoing Defendant America Online, Inc.'s Motion for Sanctions has been served on the following counsel of record via Federal Express, this 20th day of September, 2004:

>Walter P. Hughes
>13 Lockway Road
>Andover, Massachusetts 01810
>Plaintiff Appearing *pro se*
>
>Joseph L. Tehan, Jr., Esq.
>Katharine I. Goree, Esq.
>Kopelman & Paige, P.C.
>31 St. James Avenue
>Boston, Massachusetts 02116
>Counsel for Defendant McMenamon
>
>Maurice J. Lariviere, Jr., Esq.
>41 Pleasant Street
>Suite 311
>Methuen, Massachusetts 01844
>Counsel for Defendant McMenamon

I further certify that Defendant American Online, Inc. filed its Motion For Sanctions only after fulfilling the requirements of Fed. R. Civ. P. 11(c)(1)(A) and that I have caused a true and accurate copy of the instant motion, America Online, Inc.'s memorandum in support, and supporting appendix, to be served on aforementioned counsel of record via overnight mail this 15th day of October, 2004.

>/s/ Benjamin M. Stern
>Benjamin M. Stern