UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER P. HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Docket No. 04 11662 NMG |
| | ) |
| THOMAS McMENAMON, JR. | ) |
| | ) |
| and | ) |
| | ) |
| AMERICA ONLINE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**APPENDIX TO DEFENDANT**
**AMERICA ONLINE, INC.'S MOTION FOR SANCTIONS UNDER RULE 11**

Patrick J. Carome
Samir Jain
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M Street NW
Washington, DC  20037
Phone: (202) 663-6000
Fax: (202) 663-6363

Benjamin M. Stern (MAB646778)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000

September 20, 2004                              *Attorneys for America Online, Inc.*

**LIST OF EXHIBITS**

**Exhibit**

1        Complaint ("Compl. I")

2        Defendant America Online, Inc.'s Motion to Dismiss

3        Defendant America Online's Response to Plaintiff's Motion for a Temporary
         Restraining Order

4        Order, Defendant American Online, Inc.'s Motion to Dismiss (#9)

5        Memorandum and Order on Defendant America Online, Inc.'s Motion for Summary
         Judgment on the Forum Selection Clause

6        Plaintiff's Rule 60(b)(3) Motion to Set Aside Judgment Ordered on Defendant
         America Online, Inc.'s Motion for Summary Judgment on the Forum Selection Clause
         (#47) Dated May 28, 2002

7        Defendant America Online's Response to Plaintiff's Motion to Set Aside the
         Judgment

8        Order, Plaintiff's Rule 60(b)(3) Motion to Set Aside Judgment Ordered on Defendant
         America Online, Inc.'s Motion for Summary Judgment on the Forum Selection Clause
         (#47) Dated May 28, 2002

9        Complaint ("Compl. II")

10       Order - February 6, 2004

11       Independent Action, Pursuant to Rule 60(b), Federal Rules of Civil Procedure, to Set
         Aside Judgments Ordered in Federal District Court of Massachusetts Civil Action No.
         CV-01-10981 ("Compl. III")